IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02159-MSK-KLM

SHERIDAN ROSS P.C., and
JOSEPH KOVARIK, Esq.,

    Petitioners,

v.

FLORIDA POWER & LIGHT COMPANY, a Florida corporation,

    Respondent.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Stay Proceedings Pending Resolution of Mediation Conference** [Docket No. 9; Filed September 12, 2012] (the "Motion"). The parties seek a 60-day stay of any action on the underlying Petition to Quash Non-Party Subpoenas [#2] so they may continue to pursue an out-of-court resolution through private mediation.

    IT IS HEREBY **ORDERED** that the Motion [#9] is **GRANTED**.

    IT IS FURTHER **ORDERED** that any action on the underlying Petition [#2] is **STAYED** for sixty (60) days from the date of this Order.

    DATED: September 13, 2012 at Denver, Colorado.