IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02159-MSK-KLM

SHERIDAN ROSS P.C., and
JOSEPH KOVARIK, Esq.,

      Petitioners,

v.

FLORIDA POWER & LIGHT COMPANY, a Florida corporation,

      Respondent.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulated Motion to Stay Proceedings Pending Resolution of Mediation Conference** [Docket No. 12; Filed November 12, 2012] (the "Motion"). The parties seek a stay of any action on the underlying Petition to Quash Non-Party Subpoenas [#2] until December 31, 2012 so they may continue to pursue an out-of-court resolution. The parties explain that a mediation conference was held on October 30, 2012 in a related matter in the Southern District of Florida and that negotiations are continuing.

      IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**.

      IT IS FURTHER **ORDERED** that any action on the underlying Petition [#2] is **STAYED** until **December 31, 2012**.

      DATED: November 13, 2012 at Denver, Colorado.